# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DENNIS L. MONTGOMERY<br><br>Plaintiff,<br>v.<br><br>AMERICAN CIVIL LIBERTIES FOUNDATION, ET AL.,<br><br>Defendants. | Civil Action No. 1:15-cv-22452 |

## NOTICE OF FILING OF COMPLAINT WITH COMPLETE EXHIBITS

Plaintiff Dennis L. Montgomery, by counsel, hereby respectfully gives notice of the filing of the Complaint with complete exhibits. *See* Exhibit 1.

In the course of filing the Complaint, an exhibit was inadvertently omitted and another exhibit was included twice. For this reason, Plaintiff is now filing the Complaint with the complete exhibits attached.

Dated: July 1, 2015

                                                                                                   Respectfully submitted,

                                                                                                   */s/ Larry Klayman*
                                                                                                   Larry Klayman, Esq.
                                                                                                   FL Bar No. 246220
                                                                                                   7050 W Palmetto Park Rd.
                                                                                                   Suite 15-287
                                                                                                   Boca Raton, FL 33433
                                                                                                   (310) 595-0800
                                                                                                   leklayman@gmail.com
                                                                                                   Attorney for Plaintiff