IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-22452-Moore-McAliley

DENNIS MONTGOMERY,

       Plaintiff,

v.

AMERICAN CIVIL LIBERTIES
FOUNDATION, ET AL.

       Defendants.

_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME**

Plaintiff, Dennis Montgomery, hereby files this opposition in part to Defendants' Motion for Extension of Time. Defendant asked for a twenty-one (21) day extension and Plaintiff agreed to ten (10) because ten (10) days is a reasonable amount of additional time to respond to Plaintiff's Complaint.

Dated: July 22, 2015

                                                                 Respectfully Submitted,

                                                              */s/ Larry Klayman*
                                                              Larry Klayman, Esq.
                                                              FL Bar No. 246220
                                                              7050 W Palmetto Park Rd.
                                                              Suite 15-287
                                                              Boca Raton, FL 33433

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 22nd day of July 2015, a true and correct copy of the foregoing was filed and served via CM/ECF upon the following:

Jonathan Galler, Esq. (FBN 0037489)
Email: jgaller@proskauer.com
PROSKAUER ROSE LLP
2255 Glades Road
Suite 421 Atrium
Boca Raton, Fl 33431-7360
(561) 241-7400
(562) 241-7145 (facsimile)

*Attorneys for Defendants*

                                                         */s/ Larry Klayman*
                                                         Larry Klayman, Esq.